

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 19-347 |
| ERNEST GUEVARRA  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___Detention Hearing___, ___7/2___, at ___11:00___ ☑a.m. / ☐p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___750___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___6/26/19___                  _____ JACQUELINE CHOOLJIAN
                                      U.S. District Judge/Magistrate Judge